# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

M. PAUL WEINSTEIN,

          Plaintiff,

vs.

MERITOR, INC., a Indiana Corporation; DOES I through X,

          Defendant.

2:16-cv-01076-JAD-VCF

**ORDER**

Before the court is *pro se* Plaintiff's Motion for a CM/ECF Login and Password (ECF No. 16).

IT IS ORDERED that Plaintiff's Motion for a CM/ECF Login and Password (ECF No. 16) is GRANTED with the following provisions:

1. On or before January 27, 2016, Plaintiff must provide certification that he has completed the CM/ECF tutorial and is familiar with Part IC- Electronic Case Filing of the Local Rules that is accessible on this Court's website.

2. Plaintiff is not authorized to file electronically until said certification is filed with the Court within the time frame specified.

DATED this 4th day of January, 2017.

                                                CAM FERENBACH
                                                UNITED STATES MAGISTRATE JUDGE