UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| M. Paul Weinstein,<br><br>　　　Plaintiff<br><br>v.<br><br>Meritor, Inc.,<br><br>　　　Defendant | 2:16-cv-01076-JAD-VCF<br><br>**Order Denying Motion to<br>Extend Time for Response**<br><br>ECF No. 24 |

　　　Plaintiff M. Paul Weinstein moves[1] to extend his deadline to respond to defendant's three pending motions to March 3, 2017.  Local Rule IA 6-1(a) requires a motion "to state the reasons for the extension requested."  Weinstein has not provided the reason he needs an extension.

　　　Accordingly, IT IS HEREBY ORDERED that Weinstein's motion to extend the deadline for his response to the pending motions **[ECF No. 24] is DENIED** without prejudice to his ability to file a new motion (or stipulation if he obtains defendant's agreement) that states the reasons he needs the extension.  Weinstein is further cautioned that if he files the new motion after the current due date for any opposition, he must also "demonstrate[] that the failure to file the motion before the deadline expired was the result of excusable neglect."  L.R. IA 6-1(a).

　　　DATED: February 7, 2017

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　Jennifer A. Dorsey
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

---

[1] ECF No. 24.