M. PAUL WEINSTEIN
1482 Fieldbrook Street
Henderson, Nevada 89052
(925) 890-5714
MPW@POBOX.COM
*In Propria Persona*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| M. PAUL WEINSTEIN, | CASE NO. 2:16-cv-01076-JAD-VCF |
| Plaintiff, | |
| vs. | |
| MERITOR, INC., an Indiana Corporation; DOES I through X, | ECF Nos. 18, 22, 23, 26 |
| Defendant. | |

**ORDER GRANTING MOTION
TO EXTEND DEADLINE FOR PLAINTIFF TO OPPOSE
DEFENDANT'S MOTION TO DISMISS SECOND AMENDED COMPLAINT, MOTION TO
STAY DISCOVERY AND TO REPLY TO DEFENDANT'S RESPONSE TO AND TO
PLAINTIFF'S MOTION TO COMPEL DISCOVE                    ADLINE FOR
DEFENDANT TO REPLY TO PLAINTIFF'S FILINGS**

COMES NOW Plaintiff Pro Se M. Paul Weinstein ("Plaintiff") and Defendant Meritor, Inc. ("Defendant"), by and through its counsel of record Booker Evans, Jr., hereby stipulate and agree as follows:

WHEREAS, Plaintiff Pro Se, M. Paul Weinstein, is not an attorney and uses the Clark County law library for his legal research and would have had difficulty in timely responding to Defendant's Motion to Dismiss his Complaint, because he had to travel to London, Brussels and Paris in February 2017 and would not return to the United States until February 17, 2017, and

WHEREAS, Plaintiff contacted Defendant's attorney, Booker Evans, Jr. in January 2017 and obtained his agreement to have up to, and including March 3, 2017 to file his Opposition to

1

Defendants Motion Defendant's Motion To Dismiss Second Amended Complaint, Motion To Stay Discovery, And Reply to Defendant's Response to Plaintiff's Motion to Compel Discovery and to appropriately extend the Deadline for Defendant to Reply in Support of its motions;

WHEREAS, Plaintiff neither provided the reason for his request in his papers filed on January 26, 2017 nor obtained the signature of Defendant's attorney, and

WHEREAS, this court denied Plaintiff's request to Extend Time to Respond because of Plaintiff's errors, with leave to retile stating the reason for his request, and/ or file a stipulation, and

WHEREAS, this stipulation is not interposed for any improper purposes or to cause delay.

Plaintiff and Defendant stipulate and agree to give Plaintiff up through and including March 3, 2017 to file its Opposition to Defendants Motion To Dismiss Plaintiff's Second Amended Complaint; and extend Defendant's time to respond appropriately.

DATED this 18th day of February 2017.

DATED this 21st day of February 2017.

_____
Name   M. Paul Weinstein

_____
Ballard Spahr, LLP

WHEREAS, this stipulation is not interposed for any improper purposes or to cause delay.

DATED this 18th day of February 2017.

_____
M. Paul Weinstein
1482 Fieldbrook Street
Henderson, NV  89052
(925) 890-5714
mpw@pobox.com

*In Propria Persona*

**IT IS SO ORDERED.**

_____  2-21-17
Jennifer Dorsey
United States District Judge

2