UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

M. PAUL WEINSTEIN,

           Plaintiff,

vs.

MERITOR, INC.; *et.al.*,

           Defendants.

Case No. 2:16–cv–1076–JAD–VCF

**ORDER**

    Before the court are Weinstein's motion to compel (ECF No. 18) and Meritor's response (ECF No. 21). For the reasons stated below, Weinstein's motion to compel (ECF No. 18) is denied.

### I. Discussion

    In September 2016, this court entered a discovery plan and scheduling order. (ECF No. 8) Pursuant to this order, initial disclosures were due on October 27, 2016. (*Id.*) The discovery cutoff date is March 20, 2017. (*Id.*)

    Weinstein now moves to compel discovery responses from Meritor. (ECF No. 18) Specifically, he requests Meritor's initial disclosures, interrogatories responses, and documents responsive to his requests for production. (*Id.*) Weinstein also asks the court to overrule Meritor's objections and award him attorney's fees associated with bringing the motion to compel. (*Id.*)

    "All motions to compel discovery … must set forth in full the text of the discovery originally sought and any response to it." LR 26-7(b). "Discovery motions will not be considered unless the movant (1) has made a good-faith effort to meet and confer as defined in LR IA 1-3(f) before filing the motion, and (2) includes a declaration setting forth the details and results of the meet-and-confer conference about each dispute discovery request." LR 26-7(c).

Weinstein's motion does not include any of the discovery sought.  (ECF No. 18)  Nor does it contain a declaration describing the parties' meet-and-confer efforts.  Without these two prerequisites, the court will not consider granting Weinstein's request to compel discovery responses.

ACCORDINGLY, and for good cause shown,

IT IS HEREBY ORDERED that Weinstein's motion to compel (ECF No. 18) is DENIED.

IT IS SO ORDERED.

DATED this 23rd day of February, 2017.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE