Booker T. Evans, Jr.
Nevada Bar No. 1209
Joel E. Tasca
Nevada Bar No. 14124
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone: (702) 471-7000
Facsimile: (702) 471-7070
E-mail: evansb@ballardspahr.com
E-mail: tasca@ballardspahr.com

*Attorneys for Defendant Meritor, Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| M. PAUL WEINSTEIN,<br><br>        Plaintiff,<br><br>v.<br><br>MERITOR, INC., an Indiana Corporation; DOES I through X,<br><br>        Defendants. | CASE NO.: 2:16-cv-01076-JAD-VCF<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE RESPONSE TO SECOND AMENDED COMPLAINT**<br><br>**(FIRST REQUEST)** |

Plaintiff, M. Paul Weinstein ("Weinstein") and Defendant Meritor, Inc. ("Meritor"), by and through their counsel of record, stipulate to extend the deadline for Meritor to respond to Weinstein's Second Amended Complaint to Tuesday, January 30, 2018 due to conflicts and scheduled vacations of counsel for Meritor.

*(remainder of page intentionally left blank)*

This is the parties' first request for extension of this deadline, which is not intended to cause any delay or prejudice to any party.

Dated: December 29, 2017　　　　/s/ M. Paul Weinstein
　　　　　　　　　　　　　　　　M. Paul Weinstein
　　　　　　　　　　　　　　　　Pro Se

Dated: December 29, 2017　　　　BALLARD SPAHR LLP

　　　　　　　　　　　　　　　　By: /s/ Joel Tasca
　　　　　　　　　　　　　　　　Booker T. Evans, Jr.
　　　　　　　　　　　　　　　　Nevada Bar No. 1209
　　　　　　　　　　　　　　　　Joel E. Tasca
　　　　　　　　　　　　　　　　Nevada Bar No. 14124
　　　　　　　　　　　　　　　　100 North City Parkway, Suite 1750
　　　　　　　　　　　　　　　　Las Vegas, Nevada 89106

　　　　　　　　　　　　　　　　*Attorneys for Defendant Meritor, Inc.*

## ORDER

**IT IS SO ORDERED.**

Defendant Meritor, Inc. has up through and until January 30, 2018 to file response to Plaintiff Weinstein's Second Amended Complaint.

_____
**U.S. MAGISTRATE JUDGE**

**Dated:** 1-2-2018

# CERTIFICATE OF SERVICE

I certify that on, December 29, 2017 and pursuant to FRCP 5, a true copy of the foregoing **STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE RESPONSE TO SECOND AMENDED COMPLAINT (FIRST REQUEST)** was filed via the Court's CM/ECF System and served by U.S. Mail, Postage Pre-Paid to the following:

M. Paul Weinstein
*Pro Se*
1482 Fieldbrook Street
Henderson, NV 89052

                         /s/ C. Wells
                         An Employee of Ballard Spahr LLP