1 Booker T. Evans, Jr.
Nevada Bar No. 1209
2 Joel E. Tasca
Nevada Bar No. 14124
3 1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
4 Telephone: (702) 471-7000
Facsimile: (702) 471-7070
5 E-mail: evansb@ballardspahr.com
E-mail: tasca@ballardspahr.com
6
Attorneys for Defendant Meritor, Inc.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| M. PAUL WEINSTEIN,<br><br>    Plaintiff,<br><br>v.<br><br>MERITOR, INC., an Indiana Corporation; DOES I through X,<br><br>    Defendants. | CASE NO.: 2:16-cv-01076-JAD-VCF<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE RESPONSE TO SECOND AMENDED COMPLAINT**<br><br>**(SECOND REQUEST)** |

Plaintiff, M. Paul Weinstein ("Weinstein") and Defendant Meritor, Inc. ("Meritor"), by and through their counsel of record, stipulate to extend the deadline for Meritor to respond to Weinstein's Second Amended Complaint to Friday, February 16, 2018 due to conflicts and upcoming trial commitments of counsel for Meritor.

*(remainder of page intentionally left blank)*

This is the parties' second request for extension of this deadline, which is not intended to cause any delay or prejudice to any party.

Dated: January 24, 2018

/s/ M. Paul Weinstein
M. Paul Weinstein
Pro Se

Dated: January 24, 2018

BALLARD SPAHR LLP

By: /s/ Joel E. Tasca
Booker T. Evans, Jr.
Nevada Bar No. 1209
Joel E. Tasca
Nevada Bar No. 14124
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135

*Attorneys for Defendant Meritor, Inc.*

**IT IS SO ORDERED.**

_____
**U.S. MAGISTRATE JUDGE**

**Dated:** 1-24-2018

# CERTIFICATE OF SERVICE

I certify that on, January 24, 2018 and pursuant to FRCP 5, a true copy of the foregoing **STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE RESPONSE TO SECOND AMENDED COMPLAINT (SECOND REQUEST)** was filed via the Court's CM/ECF System and served by U.S. Mail, Postage Pre-Paid to the following:

M. Paul Weinstein
*Pro Se*
1482 Fieldbrook Street
Henderson, NV 89052

                                                /s/ Sarah H. Walton
                                                An Employee of Ballard Spahr LLP