M. PAUL WEINSTEIN
1482 Fieldbrook Street
Henderson, Nevada 89052
(925) 890-5714
MPW@POBOX.COM
*In Propria Persona*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

M. PAUL WEINSTEIN,

        Plaintiff,

        VS.

MERITOR, INC., an Indiana Corporation;
DOES I through X,

        Defendant.

**CASE NO. 2:16-cv-01076-JAD-VCF**

**STIPULATED MOTION AND ORDER TO EXTEND TIME TO FILE AMENDED COMPLAINT**

      COMES NOW Plaintiff Pro Se M. Paul Weinstein ("Plaintiff') and Defendant Mentor, Inc. ("Defendant"), by and through its counsel of record Joel Tasca and Brianna Smith, hereby stipulates and agree as follows:

      WHEREAS, Plaintiff Pro Se, M. Paul Weinstein's granted an extension of time for Meritor to respond to Plaintiff's First Request for Documents, and

      WHEREAS, Plaintiff contends that Defendant's First Document production contained newly discovered evidence and Plaintiff desires to Amend his complaint to add a Tortious Interference With Prospective Economic Advantage cause of action for, and

      WHEREAS, Defendant's attorney, Joel Tasca has agreed to stipulate that Plaintiff may file the attached amended complaint (**Exhibit 1**); and

WHEREAS, Defendant asked that Weinstein file his amended complaint before Defendant deposes Zane McCarthy, now set for March 11, 2019.

WHEREAS, this stipulation is not interposed for any improper purposes or to cause delay.

THEREFORE Plaintiff and Defendant herby stipulate that Plaintiff may file the attached Third Amended Complaint.

Dated: March 1, 2019.

BALLARD SPAHR LLP

By: /s/ Brianna Smith _____     By: /s/ Paul Weinstein _____
    Booker T. Evans, Jr.                          M. Paul Weinstein
    Nevada Bar No. 1209                          1482 Fieldbrook Street
    Joel E. Tasca                                Henderson, Nevada 89052
    Nevada Bar No. 14124                         (925) 890-5714
    Brianna Smith
    Nevada Bar No. 11795                         *In Propria Persona*
    1980 Festival Plaza Dr., Suite 900
    Las Vegas, Nevada 89135

    *Attorneys for Meritor, Inc.*


**IT IS SO ORDERED:**


_____
UNITED STATES MAGISTRATE JUDGE

                    3-4-2019
DATED: _____