1 | Booker T. Evans, Jr.
Nevada Bar No. 1209
2 | Joel E. Tasca
Nevada Bar No. 14124
3 | Stacy H. Rubin
Nevada Bar No. 9298
4 | 1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
5 | Telephone: (702) 471-7000
Facsimile: (702) 471-7070
6 | E-mail: evansb@ballardspahr.com
E-mail: tasca@ballardspahr.com
7 | E-mail: rubins@ballardspahr.com

*Attorneys for Defendant Meritor, Inc.*

8

9

# UNITED STATES DISTRICT COURT

10

## DISTRICT OF NEVADA

11

| | |
|---|---|
| M. PAUL WEINSTEIN, | Case No.: 2:16-cv-01076-JAD-VCF |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT TO FILE RESPONSE AND PLAINTIFF TO FILE REPLY TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT** |
| MERITOR, INC., an Indiana Corporation; DOES I through X, | |
| Defendant. | (First Request) |

18    Plaintiff M. Paul Weinstein, appearing *pro se*, and Defendant Meritor, Inc.

19 ("Meritor"), by and through its counsel of record, have agreed to the following:

20    On June 3, 2019, Plaintiff served Meritor with his Motion for Partial Summary

21 Judgment. Under the Local Rules, Meritor's Response to Plaintiff's Motion for

22 Partial Summary Judgment is due June 24, 2019.

23    Pursuant to Stipulation and Order, discovery closes on July 2, 2019, and the

24 deadline to file dispositive motions is August 2, 2019. *See* ECF No. 60.

25    In order to consider the July 2, 2019 discovery cutoff, both Plaintiff and

26 Meritor hereby request this Court extend the date for Meritor to file its response to

27 Plaintiff's Motion for Partial Summary Judgment up to and including July 16, 2019,

28 and the date for Plaintiff to file his reply up to and including July 30, 2019.

1    This agreement is made in good faith, is not interposed for delay, and is not

2  filed for an improper purpose.

3  Dated:  June 10, 2019.

4  BALLARD SPAHR LLP

5  By: /s/ Joel E. Tasca                          By: /s/ M. Paul Weinstein
         Booker T. Evans, Jr.                          M. Paul Weinstein
6        Nevada Bar No. 1209                           1482 Fieldbrook Street
         Joel E. Tasca                                 Henderson, Nevada 89052
7        Nevada Bar No. 14124                          (925) 890-5714
         Stacy H. Rubin                                *In Propria Persona*
8        Nevada Bar No. 9298
         1980 Festival Plaza Dr., Suite 900
9        Las Vegas, Nevada 89135
         *Attorneys for Defendant Meritor, Inc.*

10

11                              **ORDER**

12        **IT IS SO ORDERED.**

13                              _____
                                UNITED STATES DISTRICT JUDGE
14                              Dated: June 11, 2019.

15

16

17

18

19

20

21

22

23

24

25

26

27

28