1  Joel E. Tasca
   Nevada Bar No. 14124
2  Stacy H. Rubin
   Nevada Bar No. 9298
3  1980 Festival Plaza Drive, Suite 900
   Las Vegas, Nevada 89135
4  Telephone: (702) 471-7000
   Facsimile: (702) 471-7070
5  E-mail: tasca@ballardspahr.com
   E-mail: rubins@ballardspahr.com
6  
   Attorneys for Defendant Meritor, Inc.

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| M. PAUL WEINSTEIN,<br><br>Plaintiff,<br><br>v.<br><br>MERITOR, INC., an Indiana Corporation; DOES I through X,<br><br>Defendant. | Case No.: 2:16-cv-01076-JAD-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT TO FILE RESPONSE TO PLAINTIFF'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND PRODUCE A PERSON MOST KNOWLEDGEABLE FOR DEPOSITION**<br><br>(First Request) |

Plaintiff M. Paul Weinstein, appearing *pro se*, and Defendant Meritor, Inc. ("Meritor"), by and through its counsel of record, have agreed to the following:

On July 2, 2019, Plaintiff served Meritor with his Motion to Compel Production of Documents and Produce a Person Most Knowledgeable for Deposition. Under the Local Rules, Meritor's Response to Plaintiff's Motion to Compel is due July 16, 2019.

Both Plaintiff and Meritor hereby request that this Court extend the date for Meritor to file its response to Plaintiff's Motion to Compel Production of Documents and Produce a Person Most Knowledgeable for Deposition up to and including July 30, 2019.

This agreement is made in good faith, is not interposed for delay, and is not filed for an improper purpose. Both Plaintiff and Meritor are working to resolve the

issues raised in the Motion, which may obviate the need for the Court to decide the Motion.

Dated: July 16, 2019.

BALLARD SPAHR LLP

By: /s/ Joel E. Tasca
    Nevada Bar No. 1209
    Joel E. Tasca
    Nevada Bar No. 14124
    Stacy H. Rubin
    Nevada Bar No. 9298
    1980 Festival Plaza Dr., Suite 900
    Las Vegas, Nevada 89135

*Attorneys for Defendant Meritor, Inc.*

By: /s/ M. Paul Weinstein
    M. Paul Weinstein
    1482 Fieldbrook Street
    Henderson, Nevada 89052
    (925) 890-5714

*In Propria Persona*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

        7-17-2019
DATED: _____