Joel E. Tasca
Nevada Bar No. 14124
Stacy H. Rubin
Nevada Bar No. 9298
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone: (702) 471-7000
Facsimile: (702) 471-7070
E-mail: tasca@ballardspahr.com
E-mail: rubins@ballardspahr.com

*Attorneys for Defendant Meritor, Inc.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| M. PAUL WEINSTEIN,<br><br>    Plaintiff,<br><br>v.<br><br>MERITOR, INC., an Indiana Corporation; DOES I through X,<br><br>    Defendant. | Case No.: 2:16-cv-01076-JAD-VCF<br><br>**STIPULATION AND ORDER TO WITHDRAW PLAINTIFF'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND PRODUCE A PERSON MOST KNOWLEDGEABLE FOR DEPOSITION**<br>**[ECF NO. 71]** |

Plaintiff M. Paul Weinstein ("Plaintiff"), appearing *pro se*, and Defendant Meritor, Inc. ("Meritor"), by and through its counsel of record, hereby stipulate and agree as follows:

1. On July 2, 2019, Plaintiff filed his Motion to Compel Production of Documents and Produce a Person Most Knowledgeable for Deposition [ECF No. 71].

2. On July 16, 2019, the parties entered into a Stipulation to Extend Time for Meritor to File Response to Plaintiff's Motion to Compel Production of Documents and Produce a Person Most Knowledgeable for Deposition [ECF No. 77].

3. On July 17, 2019, the Court entered its Order on the Stipulation to Extend Time for Meritor to File Response to Plaintiff's Motion to Compel Production of Documents and Produce a Person Most Knowledgeable for Deposition [ECF No. 78].

4. Plaintiff agrees to withdraw the Motion to Compel Production of

Documents and Produce a Person Most Knowledgeable for Deposition [ECF No. 71].

5. Accordingly, Plaintiff's Motion to Compel Production of Documents and Produce a Person Most Knowledgeable for Deposition (ECF No. 71), is hereby withdrawn.

**IT IS SO STIPULATED.**

Dated: July 30, 2019.

BALLARD SPAHR LLP

By: /s/ Joel E. Tasca  
    Joel E. Tasca  
    Nevada Bar No. 14124  
    Stacy H. Rubin  
    Nevada Bar No. 9298  
    1980 Festival Plaza Dr., Suite 900  
    Las Vegas, Nevada 89135

*Attorneys for Defendant Meritor, Inc.*

By: /s/ M. Paul Weinstein  
    M. Paul Weinstein  
    1482 Fieldbrook Street  
    Henderson, Nevada 89052

*In Propria Persona*

**ORDER GRANTING STIPULATION TO WITHDRAW PLAINTIFF'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND PRODUCE A PERSON MOST KNOWLEDGEABLE FOR DEPOSITION**

**IT IS SO ORDERED.**

_____  
UNITED STATES MAGISTRATE JUDGE

DATED: July 31, 2019