**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

**\*\*\***

M. PAUL WEINSTEIN,

               Plaintiff,

vs.

MERITOR, INC.,

               Defendant.

2:16-cv-01076-JAD-VCF

**<u>ORDER</u>**

Before the court are Plaintiff's Motion for Leave to File Under Seal Plaintiff's Motion for Rule 37 Sanctions Due to Defendant's Willful and Prejudicial Withholding of Evidence (ECF NO. 81), Plaintiff's Motion for Leave to File Under Seal Exhibit A to Notice of Errata and Correction to Plaintiff's Motion for Rule 37 Sanctions Due to Defendant's Willful and Prejudicial Withholding of Evidence (ECF NO. 84), Plaintiff's Motion for Leave to File Under Seal Exhibit 29 to Plaintiff's Opposition to Defendant's Motion for Summary Judgment (ECF No. 87), Plaintiff's Motion for Leave to File Under Seal Exhibits 13-19 to Plaintiff's Reply to Defendant's Opposition to Plaintiff's Motion for Rule 37 Sanctions (ECF No. 92).

Accordingly,

IT IS HEREBY ORDERED that a hearing on Plaintiff's Motion for Leave to File Under Seal Plaintiff's Motion for Rule 37 Sanctions Due to Defendant's Willful and Prejudicial Withholding of Evidence (ECF NO. 81), Plaintiff's Motion for Leave to File Under Seal Exhibit A to Notice of Errata and Correction to Plaintiff's Motion for Rule 37 Sanctions Due to Defendant's Willful and Prejudicial Withholding of Evidence (ECF NO. 84), Plaintiff's Motion for Leave to File Under Seal Exhibit 29 to

Plaintiff's Opposition to Defendant's Motion for Summary Judgment (ECF No. 87), Plaintiff's Motion for Leave to File Under Seal Exhibits 13-19 to Plaintiff's Reply to Defendant's Opposition to Plaintiff's Motion for Rule 37 Sanctions (ECF No. 92) is scheduled for 1:00 PM, September 6, 2019, in Courtroom 3D.

DATED this 27th day of August, 2019.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE